**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CLEOPHUS V. ADAIR and OLIVIA M. NISBET, on behalf of themselves, and all others similarly situated, and the general public,

*Plaintiff*,

v.

ENVOY AIR INC., a Delaware corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; ABM AVIATION, INC., a Georgia corporation; and DOES 1 through 50, inclusive,

*Defendants*.

Case No.: 2:25-cv-00004-MRA-JC

[*Assigned for all purposes to the Hon. Mónica Ramírez Almadani*]

**ORDER TO REMAND**

## ORDER

Based on the Parties' Stipulation to Reopen and Remand the Action, the Court hereby adopts the terms of the Parties' Stipulation. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation to Reopen Action and Remand is approved;
2. The Action is re-opened;
3. The current Action pending in this Court (Case Number 2:25-cv-00004-MRAJC) is hereby remanded to Los Angeles County Superior Court (Case Number 24STCV31443).

IT IS SO ORDERED.

Dated: November 18, 2026

Hon. Mónica Ramírez Almadani
United States District Judge